# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 26, 2014

149509 & (10)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

AXEL GABRIEL ACEVEDO,
          Defendant-Appellant.

SC: 149509
COA: 320360
Marquette CC: 12-050758-FC

_____/

On order of the Court, the application for leave to appeal the April 23, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 26, 2014



Clerk

h1119